# ATTACHMENT

STATE OF MICHIGAN
IN THE 40TH JUDICIAL DISTRICT COURT

JEREMY BIRMINGHAM,

    Plaintiff,

v.

NELNET LOAN SERVICES INC, and
GC SERVICES LIMITED
PARTNERSHIP,

    Defendants.

40th Judicial District Case No. 17-1430-GC

---

| | |
|---|---|
| JEREMY BIRMINGHAM<br>Plaintiff<br>*Pro se*<br>21108 Hoffman Street<br>St. Clair Shores, MI 48082 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Scott R. Eldridge (P66452)<br>Lara L. Kapalla-Bondi (P67667)<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI 48933<br>(517) 487-2070<br>(517) 374-6304 (Facsimile)<br>email: eldridge@millercanfield.com<br>email: kapalla-bondi@millercanfield.com |

---

## NOTICE TO 40TH DISTRICT COURT
## OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

TO:    CLERK, 40th Judicial District Court
          27701 Jefferson Ave
          St. Clair Shores, MI 48081
          (586) 445-5280

          JEREMY BIRMINGHAM
          21108 Hoffman Street
          St. Clair Shores, MI 48082
          (586) 904-1088

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned lawsuit, Case

No. 17-1430-GC from the 40th Judicial District Court, State of Michigan, was filed in the United States District Court for the Eastern District of Michigan. A copy of the Notice of Removal is attached as Exhibit 1.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE. P.L.C.
**Attorneys for Defendant GC Services LP**

By: *Lara Kapalla-Bondi by Peter W. Waldron (with permission)*
Scott R. Eldridge (P66452)
Lara L. Kapalla-Bondi (P67667)
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 487-2070
email: eldridge@millercanfield.com
email: kapalla-bondi@millercanfield.com

DATED: September 15, 2017

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, the foregoing paper was presented to the Clerk of the Court for filing, and a copy of same was served upon Plaintiff Jeremy Birmingham at the above address, via FIRST CLASS MAIL.

MILLER, CANFIELD, PADDOCK and STONE, P.L.C

By: _____
Scott R. Eldridge (P66452)
Lara L. Kapalla-Bondi (P67667)
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 487-2070

DATED: September 15, 2017

29870297.2\031578-00075