# Exhibit A

# Part 1

| Approved, SCAO | Original - Court (with Instructions)<br>1st copy - Defendant (with Instructions) | 2nd copy - Plaintiff (with instructions)<br>3rd copy - Return (with proof of service) |
|---|---|---|
| **STATE OF MICHIGAN**<br>**40TH JUDICIAL DISTRICT** | **AFFIDAVIT AND CLAIM**<br>**Small Claims** | **CASE NO.**<br>17-1430-SC |

Court address
27701 JEFFERSON AVE, ST. CLAIR SHORES, MI 48081    **RECEIVED**    Court telephone no. (586) 445-5280

See additional notice and instructions on the back of plaintiff and defendant copies.

AUG 18 2017

1. Jeremy Birmingham
   Plaintiff
   21108 Hoffman St.
   Address
   St. Clair Shores, MI 48082    586 904-1088
   City, state, zip    Telephone no.

2. Nelnet Loan Services Inc / G.C. Services inc
   Defendant
   3015 S. Parker Rd. 400 / 4326 N. Broadway
   Address
   Aurora, CO 80014 / Knoxville, TN 37917
   City, state, zip
   888 486-4722    800 756 6524
   Telephone no.

**NOTICE OF HEARING**
GC SERVICES LAW DEPARTMENT Court use Only

The plaintiff and the defendant must be in court on

~~NOVEMBER~~ THURSDAY    NOVEMBER 9, 2017
Day    Date
at 1:30 PM    at ☒ the court address above.
Time
☐ _____
Location
_____    Fee paid: $ _____
Process server's name

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____
The action ☐ remains ☐ is no longer    pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.    ☐ a partner.    ☐ a full-time employee of the plaintiff.

5. The plaintiff is    ☒ an individual.    ☐ a partnership.    ☐ a corporation.    ☐ a sole proprietor.    ☐ Other

6. The defendant is    ☐ an individual.    ☐ a partnership.    ☒ a corporation.    ☐ a sole proprietor.    ☐ Other

7. The date(s) the claim arose is/are    Aug. 11, 2011
   Attach separate sheets if necessary

8. Amount of money claimed is $ 4,500    (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: Breach of contract, misrepresentation, fraud, damage to credit worthiness, various FDCPA violations

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: [signed]

Subscribed and sworn to before me on 08/11/17    _____ County, Michigan.

My commission expires: _____    Signature: [signed]
Date    Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by    11/13/17
Expiration date

DC 84 (3/16)    **AFFIDAVIT AND CLAIM, Small Claims**    DEFENDANT    MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC App 521

**ADDITIONAL NOTICE AND INSTRUCTIONS**

**TO BOTH THE PLAINTIFF AND THE DEFENDANT:**

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to
  1. remove the case to the general civil division of the district court, or
  2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**TO THE DEFENDANT:**

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

# Exhibit A

# Part 2

| Approved, SCAO | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Defendant |
|---|---|---|
| STATE OF MICHIGAN<br>40th JUDICIAL DISTRICT | DEMAND AND ORDER FOR REMOVAL<br>Small Claims | CASE NO.<br>17-1430  - SC<br>- GC |

**Court address**
27701 Jefferson Ave, St. Clair Shores, MI 48081

**Court telephone no.**
(586) 445-5280

**Plaintiff's name, address, and telephone no.**
Jeremy Birmingham
21108 Hoffman Street
St. Clair Shores, MI 48082
586-904-1098

| Personal service

v

**Defendant's name, address, and telephone no.**
GC Services Limited Partnership
6330 Gulfton Street
Houston, TX 77081
713-776-6482

| Personal service

This demand is made by  ☐ plaintiff.  ☐ plaintiff's attorney.  ☑ defendant.  ☐ defendant's attorney.

**DEMAND**

I demand that this case be removed from the small claims division to the general civil division of the court.

9/13/17
Date

Signature of party demanding removal
Michael Sfeir
Name (type or print)
6330 Gulfton Street
Address
Houston, TX 77081     713-776-6482
City, state, zip                Telephone no.

**Attorney's name, address, and telephone no. (party demanding removal)**
Michael Sfeir
GC Services Limited Partnership
6330 Gulfton Street
Houston, TX 77081
713-776-6482

**ORDER**

**IT IS ORDERED:** This case is removed to the general civil division of the court for further proceedings. **The defendant has 14 days from the date of this order to file a written answer and serve it on the other party or take other lawful action with the court. If the defendant does not answer or take other action within the time allowed, judgment may be entered for the relief demanded in the complaint.**

Date                           Judge/Attorney magistrate                           Bar no.

**CERTIFICATE OF MAILING**

I certify that on this date I served a copy of this demand and order on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

Date                           Court clerk

DC 86  (3/16)  **DEMAND AND ORDER FOR REMOVAL, Small Claims**                           MCL 600.8401 et seq., MCR 4.306